[No. 67519-2-I.   Division One.   December 10, 2012.]

GRANT NORWITZ ET AL., *Appellants*, v. MITSUBISHI MOTORS NORTH AMERICA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-10216-7, Bruce E. Heller, J., entered July 25, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Schindler, J.

[No. 67534-6-I.   Division One.   December 10, 2012.]

MARIE GEARY ET AL., *Appellants*, v. HOME DEPOT U.S.A., INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-20190-4, Steven C. Gonzalez, J., entered July 18, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, J.; Dwyer, J., concurring separately.

[No. 67650-4-I.   Division One.   December 10, 2012.]

DICKINSON EQUIPMENT COMPANY, LLC, *Appellant*, v. NORTHWEST PUMP & EQUIPMENT COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-07872-0, Jay V. White, J., entered July 29, 2011. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Becker, JJ.

[No. 67693-8-I.   Division One.   December 10, 2012.]

JANETTE LEDING OCHOA, *Appellant*, v. PROGRESSIVE CLASSIC INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-07712-7, Brian D. Gain, J. Pro Tem., entered July 29, 2010. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Cox, JJ. Now published at 172 Wn. App. 688.